RICHARDS *against* BROWN.

Where any difficulty arises in making up a *feigned issue,* ordered by the court, it must be settled before a judge, at his chambers.

THE counsel for the parties not agreeing, on making up a feigned issue, directed in the cause, at the last term, a question arose, whether it was to be settled by the court, or a judge at his chambers.

*Tallmadge,* for the plaintiff.

*Munro,* contra.

*Per Curiam.* If any difficulty arises between the parties, as to the feigned issue, it must be settled before a judge or commissioner.

———————

PARKER *against* ROOT.

The court will not take notice of a *purol* agreement between attorneys, even as to bringing on a cause to trial at the circuit.

THE defendant moved for judgment, as in case of nonsuit, for not bringing the cause to trial at the last *Albany* circuit.

*Sherwood,* contra, read an affidavit, stating, that the attorneys had entered into a *parol* agreement to change the *venue* in the cause; which was the reason that it was not brought on to trial, pursuant to the notice.

*Per Curiam.* We cannot take notice of *parol* agreements of attorneys, even with respect to bringing a cause to trial at the circuit. The motion is granted; but with leave to stipulate, on payment of the costs of this application.